JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

BAKYTBEK SAFAROV,

               Petitioner,

               v.

WARDEN, Adelanto ICE Processing Center, et al.,

               Respondents.

Case No. 5:26-cv-02974-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued requiring Respondents to immediately release Petitioner Bakytbek Safarov (A# 241-142-279) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained, and to return all of his property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the

1

government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents are ordered to file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: June 25, 2026                    _____
                                        DAVID T. BRISTOW
                                        UNITED STATES MAGISTRATE JUDGE